Kevin P. Roddy, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900 Box 10
Woodbridge, New Jersey 07095
Telephone:  (732) 636-8000
Facsimile:   (732) 726-6686
Email: kroddy@wilentz.com

William W. Palmer, Esq.
(To Be Admitted *Pro Hac Vice*)
PALMER LAW GROUP, a PLC
2443 Fair Oaks Boulevard, No. 545
Sacramento, California 95825
Telephone: (916) 972-0761
Facsimile:  (916) 972-0877
Email: wpalmer@palmercorp.com

Jonathan S. Massey, Esq.
(To Be Admitted *Pro Hac Vice*)
Bret R. Vallacher, Esq.
(To Be Admitted *Pro Hac Vice*)
Matthew E. Layden, Esq.
(To Be Admitted *Pro Hac Vice*)
MASSEY & GAIL LLP
1000 Maine Avenue SW, Suite 450
Washington, D.C. 20024
Telephone:  (202) 652-4511
Facsimile:   (312) 379-0467
Email:  jmassey@masseygail.com
            bvallacher@masseygail.com
            mlayden@masseygail.com

**Attorneys for Plaintiff and Proposed Class Members**

#95079449.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIME VIAL, as representative of the heirs of Rene Correa Borquez and on behalf of other persons similarly situated,<br><br> Plaintiffs,<br><br> v.<br><br>ELIZABETH MAHER MUOIO, in her official capacity as TREASURER OF THE STATE OF NEW JERSEY; STEVEN HARRIS, in his official capacity as ADMINISTRATOR OF THE STATE OF NEW JERSEY UNCLIAMED PROPERTY ADMINISTRATION; and KELMAR ASSOCIATES, LLC,<br><br> Defendants. | Case No.: 3:24-cv-11301<br><br><br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* FOR WILLIAM W. PALMER, ESQ.** |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Kevin P. Roddy, a member in good standing of the Bar of New Jersey and admitted to practice before the United States District Court for the District of New Jersey, and a shareholder with the law firm of Wilentz, Goldman & Spitzer, P.A., hereby applies to this Court for an Order permitting William W. Palmer, Esq., of the law firm The Palmer Law Group, a Professional Law Corporation, to practice *pro hac vice* before this Court on behalf of Plaintiffs, Jaime Vial, et al., parties in interest in these proceedings pursuant to Local Rule 101.1(c).  In support of this application, the undersigned shall rely upon the Declaration of William W. Palmer, Esq.

Respectfully Submitted,

DATED: January 17, 2025    WILENTZ, GOLDMAN & SPITZER, P.A.


By:    /s/ Kevin P. Roddy
       KEVIN P. RODDY, ESQ.

**Attorney for Plaintiff and Proposed Class**

3

#95079449.1