Kevin P. Roddy, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Dr., Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 636-8000
Facsimile:   (732) 726-6686
Email: kroddy@wilentz.com


William W. Palmer, Esq. (SBN 146404)
(*Pro Hac Vice Counsel*)
PALMER LAW GROUP, a PLC
2443 Fair Oaks Boulevard, No. 545
Sacramento, CA 95825
Telephone: (916) 972-0761
Facsimile:  (916) 972-0877
wpalmer@palmercorp.com

Jonathan S. Massey
Bret R. Vallacher
Matthew E. Layden
(*Pro Hac Vice Counsel*)
MASSEY & GAIL LLP
1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
Telephone: (202) 650-5452
Facsimile: (312) 379-0467
jmassey@masseygail.com
bvallacher@masseygail.com
mlayden@masseygail.com

*Attorneys for Plaintiff Vial and proposed Class Members*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIME VIAL, as representative of the heirs of Rene Correa Borquez and on behalf of other persons similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>ELIZABETH MAHER MUOIO, in her official capacity as TREASURER OF THE STATE OF NEW JERSEY; STEVEN HARRIS, in his official capacity as ADMINISTRATOR OF THE STATE OF NEW JERSEY UNCLAIMED PROPERTY ADMINISTRATION; and KELMAR ASSOCIATES, LLC,<br><br>     Defendants. | Case No.:  3:24-cv-11301<br><br>**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and applicable law, Plaintiff Jaime Vial (as legal representative of the heirs of Rene Correa Borquez) hereby moves this Honorable Court, on behalf of himself and all others similarly situated, for a temporary restraining order and a preliminary injunction against Elizabeth Maher Muoio, in her official capacity as Treasurer of the State of New Jersey, Steven Harris, in his official capacity as Administrator of the State of New Jersey Unclaimed Property Administration, and Kelmar Associates, LLC (collectively, "Defendants"), for the reasons stated in the accompanying memorandum and supporting declarations.

Dated: February 3, 2025                             Respectfully submitted,


                                               */s/ Kevin P. Roddy*

Kevin P. Roddy, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Dr., Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 636-8000
Facsimile:   (732) 726-6686
Email: kroddy@wilentz.com

William W. Palmer, Esq.
(*Pro Hac Vice Counsel*)
PALMER LAW GROUP, a PLC
2443 Fair Oaks Boulevard, No. 545
Sacramento, CA 95825
Telephone: (916) 972-0761
Email: wpalmer@palmercorp.com

Jonathan S. Massey
Bret R. Vallacher
Matthew E. Layden
(*Pro Hac Vice Counsel*)
MASSEY & GAIL LLP
1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
Telephone: (202) 650-5452
Email: jmassey@masseygail.com
Email: bvallacher@masseygail.com
Email: mlayden@masseygail.com

*Attorneys for Plaintiff Vial and Class Members*

## CERTIFICATE OF SERVICE

I, Kevin P. Roddy, hereby certify that on this 3rd day of February, 2025, I filed the foregoing Notice of Motion for Temporary Restraining Order and Preliminary Injunction with the Clerk of Court using the CM/ECF system, which will effect service on all participating Defendants.

*/s/ Kevin P. Roddy*
Kevin P. Roddy
Attorney for Plaintiff and Proposed Class Members