Kevin P. Roddy, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Dr., Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
Email: kroddy@wilentz.com


William W. Palmer, Esq. (SBN 146404)
(*Pro Hac Vice Counsel*)
PALMER LAW GROUP, a PLC
2443 Fair Oaks Boulevard, No. 545
Sacramento, CA 95825
Telephone: (916) 972-0761
Facsimile: (916) 972-0877
wpalmer@palmercorp.com

Jonathan S. Massey
Bret R. Vallacher
Matthew E. Layden
(*Pro Hac Vice Counsel*)
MASSEY & GAIL LLP
1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
Telephone: (202) 650-5452
Facsimile: (312) 379-0467
jmassey@masseygail.com
bvallacher@masseygail.com
mlayden@masseygail.com

*Attorneys for Plaintiff Vial and proposed Class Members*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIME VIAL, as representative of the heirs of Rene Correa Borquez and on behalf of other persons similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ELIZABETH MAHER MUOIO, in her official capacity as TREASURER OF THE STATE OF NEW JERSEY; STEVEN HARRIS, in his official capacity as ADMINISTRATOR OF THE STATE OF NEW JERSEY UNCLAIMED PROPERTY ADMINISTRATION; and KELMAR ASSOCIATES, LLC,<br><br>      Defendants. | Case No.: 3:24-cv-11301<br><br>**DECLARATION OF JAIME VIAL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## DECLARATION OF JAIME VIAL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Jaime Vial, declare as follows:

1.    My name is Jaime Vial.  I am a citizen and resident of Chile and a professional engineer by training.  I have personal knowledge of the facts contained herein and if called as a witness I could and would testify to them.

2.    I am the legal representative of the heirs of Rene Correa Borquez and have brought this action on behalf of myself and all others similarly situated against the New Jersey officials charged with administering the State's Unclaimed Property Law.

3.    Mr. Rene Correa Borquez was a Chilean lawyer with many significant investments. He died testate in Chile on May 27, 2006.  Mr. Borquez left the entirety of his estate to his brother, Hernan Correa Borquez, who also resided in Chile.   Hernan Correa Borquez died testate in Chile, and his heirs all reside in the country of Chile.

4.    There is no connection between the members of the Borquez family and the State of New Jersey.  No member of the family has ever resided in New Jersey.

5.    Mr. Rene Borquez owned various stocks in financial services accounts across the United States.  His name and address in Chile were associated with all of the accounts, and it would have been practicable to give him, and his heirs individualized notice as to the stocks he owned.

6.    Mr. Borquez owned a substantial amount of Exxon Mobil stock that was seized by the Administrator as supposedly "abandoned property" under the New Jersey Unclaimed Property Act.  The Exxon Mobil stock certificates are attached hereto as Exhibit A.  Attached as Exhibit B are dividend reinvestment plan statements relating to the Exxon Mobil stock.

2

7.    The following table indicates the date of purchase (according to the stock certificates held by Mr. Borquez), the number of shares initially purchased, and the number today, after accounting for stock splits:

| Date of Purchase | Number of shares | Number today after stock splits |
|---|---|---|
| July 22, 1977 | 100 | 1,600 |
| May 16, 1981 | 100 | 800 |
| August 14, 1987 | 200 | 1,600 |
| April 11, 1997 | 400 | 1,600 |
| March 13, 2000 | 105 | 210 |
| **Total** | 905 | 5,810 |

8.    Mr. Borquez also owned other stock of companies with addresses in New Jersey. Attached hereto as Exhibit C are stock certificates relating to Dean Witter Morgan Stanley. Exhibit D is an AT&T dividend reinvestment and stock purchase statement. And Exhibit E is a DuPont dividend reinvestment plan statement.

9.    This property, as well as additional property held by Mr. Borquez or his heirs may have been seized by the Administrator in New Jersey as well.

10.    In fact, none of the property was never "abandoned." Neither Mr. Borquez nor any of his heirs ever intended to abandon or relinquish the property.

11.    Neither I, any heir, nor any other representative of Mr. Rene Borquez's or his brother's estates received any notice that New Jersey had seized the property. No written or published notice was ever received. Had the State provided Mr. Borquez or his heirs with notice that it would seize the property, they could have acted to prevent that seizure.

3

12.     In 2016, I contacted a lawyer in the United States who told me and the Borquez family about the New Jersey unclaimed property website (https://unclaimedfunds.nj.gov/app/claim-search). Until then, I had never seen the website. I would have had no reason to look for it. It would simply never occur to me that a State located in a foreign country with which I have no connection would ever seize the Borquez family stock.

13.     One of my U.S. attorneys has shown me advertisements in local New Jersey newspapers purporting to provide "notice" to property owners whose endowment policies, annuity contracts, or other personal property may be in the custody of the New Jersey Administrator. Until then, I had never seen a similar advertisement in any newspaper, as the Administrator does not publish newspaper notice in Chile. I have no reason to read local New Jersey newspapers. Even if I had seen this advertisement, I would not have known that the property at issue had been seized, because the advertisement does not list either names or shares of stock that have been seized. It does not even mention stock or securities as an example of property that might have been seized.

14.     All the heirs of Mr. Rene Borquez empowered me under Chilean law to recover Mr. Borquez's property unlawfully seized by state governments in the United States. I have been recognized by New Jersey as the rightful legal representative to seek the return of the seized property belonging to Rene Correa Borquez.

15.     I, as representative of all the heirs of Rene Correa Borquez, submitted a claim and supporting documentation on the New Jersey website requesting the return of the property. Attached hereto as Exhibit F is a copy of the claim form submitted to New Jersey. I received a response in December 2016 from the "MissingMoney.com Team" regarding "Owner Property ID: 3702937" and "Claim Id: 800411976), which stated: "Nothing further is need from you at this time. Please allow up to 12 weeks for processing. If additional information or verification

documentation is needed, you will be contacted by the State." (Attached hereto as Exhibit I.) The State of New Jersey never contacted me to request additional information pursuant to this response.

16.    For years I engaged in extensive communications with the Unclaimed Property Administration in New Jersey. I was forced to hire a company specializing in search and recovery of assets, to which we had to pay $112,144 for the assets recovered in New Jersey. Finally, after years of delay, I ultimately received a response dated November 6, 2023, a copy of which is attached as Exhibit G hereto, which referred only to Mr. Borquez's Exxon Mobil stock (erroneously listed as "Exxon Mobile") and did not list any stock owned by Mr. Borquez in other companies with New Jersey addresses.

17.    I also received a check dated November 8, 2023, in the amount of $487,581.23, a copy of which is attached as Exhibit H hereto.

18.    The final sum received by me is grossly inadequate. It appears to pertain only to Mr. Borquez's Exxon Mobil stock. In addition, it fails to reflect the appreciation in the value of the Exxon Mobil stock (due to stock splits and other increases in market value) and fails to put me and the heirs of Mr. Borquez in the same position monetarily as we would have occupied if the property had not been seized and taken. For example, the market value of the Exxon Mobil stock was approximately $603,000 as of the November 8, 2023, opening price (the date of the Administrator's check) and approximately $623,936.00 as of the December 19, 2024 opening price (the date on which I filed this lawsuit in this Court).

19.    The New Jersey Unclaimed Property Act has caused irreparable injury to me and the Borquez family in additional ways. Stock, after all, represents an ownership interest in a business, and carries with it certain rights fundamental to business ownership. Among those rights are the right to vote on important company matters, such as who serves on the Board of Directors,

mergers, and various shareholder referenda that occur from time to time. Also among those rights are the right to receive a share of the distribution of profits (dividends), and the right to receive annual reports, proxy materials, and other information from the company. Once the shares were seized and sold, I and the Borquez family heirs were irreparably deprived of each of these rights.

20.    Currently, the Borquez family members and I own other stocks and property, such as bank accounts, that they do not wish to be seized by New Jersey.  Yet we have no way to protect ourselves from the New Jersey Unclaimed Property Act as it currently operates.

21.    I am the owner of and legal representative for additional property potentially vulnerable to seizure and taking under the New Jersey statute.  I am forced to monitor that property continuously in order to ensure that New Jersey does not attempt to seize it.  I have to constantly monitor that property to avoid seizure.

22.    The New Jersey statute deters me and the Borquez family members from acquiring further property that might be subject to seizure under the New Jersey statute. Absent the New Jersey statute, we would take concrete steps toward the acquisition of other property in the United States.

I declare under penalties of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: January 30, 2025

Santiago, Chile

Jaime Vial

6

# Exhibit A








The Corporation will furnish to any shareholder, upon request and without charge, a full statement (a) of the designations, relative rights, preferences and limitations of the shares of each class and series authorized to be issued, so far as the same have been determined, and (b) of the authority of the Board to divide the shares into classes or series and to determine and change the relative rights, preferences and limitations of any class or series.

## EXXON CORPORATION
### INCORPORATED UNDER THE LAWS OF NEW JERSEY

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | | | |
|---|---|---|---|
| TEN COM | — as tenants in common | UNIF GIFT MIN ACT— | _____ Custodian _____ |
| TEN ENT | — as tenants by the entireties | | (Cust)          (Minor) |
| JT TEN | — as joint tenants with right of survivorship | | under Uniform Gifts to Minors Act |
| | and not as tenants in common | | |
| | | | (State) |
| | | UNIF TRANS MIN ACT— | _____ Custodian _____ |
| | | | (Cust)          (Minor) |
| | | | under Uniform Transfers to Minors Act |
| | | | (State) |

Additional abbreviations may also be used though not in the above list.

*For value received, _____ hereby sell, assign and transfer unto*

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

Name

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

Name

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

Name

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Street

SHARES

City, State and Zip Code

*of the Common Stock represented by the within Certificate, and do hereby*

*irrevocably constitute and appoint _____*

*Attorney to transfer the said stock on the books of the within-named*

*Corporation with full power of substitution in the premises.*

*Dated, _____*

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER. THE SIGNATURE SHOULD BE GUARANTEED BY A BROKERAGE FIRM OR A FINANCIAL INSTITUTION THAT IS A MEMBER OF A SECURITIES APPROVED MEDALLION PROGRAM, SUCH AS SECURITIES TRANSFER AGENTS MEDALLION PROGRAM (STAMP), STOCK EXCHANGES MEDALLION PROGRAM (SEMP) OR NEW YORK STOCK EXCHANGE, INC. MEDALLION SIGNATURE PROGRAM (MSP).





CUSIP 302290 10 1
SEE REVERSE FOR CERTAIN DEFINITIONS





DATED: AUG 14, 1987

COUNTERSIGNED AND REGISTERED:
MORGAN SHAREHOLDER SERVICES
TRUST COMPANY
TRANSFER AGENT AND REGISTRAR,

BY

AUTHORIZED OFFICER.



*200*
SHARES

This certifies that

RENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE

is the owner of   *TWO HUNDRED*

*200* *200* *200* *200* *200* *200*

fully paid and non-assessable shares of the Capital Stock of Exxon Corporation, transferable on the books of the Corporation in person or by duly authorized attorney upon the surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

Witness the signatures of the duly authorized officers.

WITHOUT
PAR VALUE

17 39-22560



U0773800
NUMBER

# EXXON
## CORPORATION
INCORPORATED UNDER THE LAWS OF NEW JERSEY

CHAIRMAN OF THE BOARD

TREASURER

## EXXON CORPORATION
INCORPORATED UNDER THE LAWS OF NEW JERSEY

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | | UNIF GIFT MIN ACT — ............ Custodian ............ |
|---|---|---|
| TEN COM | — as tenants in common | (Cust) (Minor) |
| TEN ENT | — as tenants by the entireties | under Uniform Gifts to Minors |
| JT TEN | — as joint tenants with right of survivorship and not as tenants in common | Act ............ (State) |

Additional abbreviations may also be used though not in the above list.

*For value received,_____ hereby sell, assign and transfer unto*

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Name

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Name

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Name

Street

SHARES

City, State and Zip Code

*of the Capital Stock, represented, by the within Certificate, and do hereby irrevocably constitute and appoint_____*

*Attorney to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.*

*Dated,_____*

**NOTICE** THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

CERTIFICATE FOR NOT MORE THAN 10,000 SHARES

—100—

SHARES

THIS CERTIFICATE IS TRANSFERABLE IN NEW YORK, BOSTON, CHICAGO, HOUSTON OR SAN FRANCISCO

CUSIP 302290 10 1

SEE REVERSE FOR CERTAIN DEFINITIONS

COUNTERSIGNED AND REGISTERED:
MORGAN GUARANTY TRUST COMPANY
OF NEW YORK
TRANSFER AGENT AND REGISTRAR

BY

AUTHORIZED OFFICER

DATED: MAY 16,1981



*100*****
**100*****
****100***
*****100*

KENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE

*ONE HUNDRED*

WITHOUT PAR VALUE

1739—22560

690547

CERTIFICATE FOR NOT MORE THAN 10,000 SHARES

T690547

NUMBER



EXXON CORPORATION

INCORPORATED UNDER THE LAWS OF NEW JERSEY

CHAIRMAN OF THE BOARD

TREASURER









CERTIFICATE FOR NOT MORE THAN 10000 SHARES *100*

THIS CERTIFICATE IS TRANSFERABLE IN NEW YORK, BOSTON, CHICAGO, HOUSTON OR SAN FRANCISCO

UNITS
TENS
HUNDREDS
THOUSANDS

10,000 SHARES PUNCH HERE

COUNTERSIGNED AND REGISTERED MORGAN GUARANTY TRUST COMPANY OF NEW YORK

BY

AUTHORIZED OFFICER

L161-913310

1739-22560

SEE REVERSE FOR CERTAIN DEFINITIONS

CUSIP 302290 10 1

RENE CORREA BORQUEZ

*ONE HUNDRED*

DATED: JUL 22 1977

WITHOUT PAR VALUE

CERTIFICATE FOR NOT MORE THAN 10000 SHARES

N 906576

NUMBER

# EXXON CORPORATION

INCORPORATED UNDER THE LAWS OF NEW JERSEY

CHAIRMAN OF THE BOARD

TREASURER

## EXXON CORPORATION
INCORPORATED UNDER THE LAWS OF NEW JERSEY

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | | |
|---|---|---|
| TEN COM | — as tenants in common | |
| TEN ENT | — as tenants by the entireties | |
| JT TEN | — as joint tenants with right of survivorship and not as tenants in common | |

UNIF GIFT MIN ACT — ............Custodian.............
                  (Cust)      (Minor)
      under Uniform Gifts to Minors

Act.......................
        (State)

Additional abbreviations may also be used though not in the above list.

*For value received,_____ hereby sell, assign and transfer unto*

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

Name

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

Name

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

Name

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Street

SHARES

City, State and Zip Code

*of the Capital Stock, represented by the within Certificate, and do hereby irrevocably constitute and appoint_____*

*Attorney to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.*

*Dated,_____*

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

## EXXON CORPORATION
### INCORPORATED UNDER THE LAWS OF NEW JERSEY

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — ............... Custodian ...............
                                    (Cust)            (Minor)
                      under Uniform Gifts to Minors

                      Act ...............
                              (State)

Additional abbreviations may also be used though not in the above list.

For value received,_____ hereby sell, assign and transfer unto

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Name

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Name

Street

SHARES

City, State and Zip Code

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

PLEASE INSERT TAXPAYER
IDENTIFYING NUMBER OF ASSIGNEE

Name

Street

SHARES

City, State and Zip Code

of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint_____

Attorney to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises

Dated,_____

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND
WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE
IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT,
OR ANY CHANGE WHATEVER

THIS SPACE MUST NOT BE COVERED IN ANY WAY



### Exxon Mobil Corporation
INCORPORATED UNDER THE LAWS OF NEW JERSEY

The Corporation will furnish to any shareholder, upon request and without charge, a full statement (a) of the designations, relative rights, preferences and limitations of the shares of each class and series authorized to be issued, so far as the same have been determined, and (b) of the authority of the Board to divide the shares into classes or series and to determine and change the relative rights, preferences and limitations of any class or series.

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | | |
|---|---|---|
| TEN COM | – as tenants in common | UNIF GIFT MIN ACT— _____ Custodian _____ |
| TEN ENT | – as tenants by the entireties | (Cust)   (Minor) |
| JT TEN | – as joint tenants with right of survivorship and not as tenants in common | under Uniform Gifts to Minors Act _____ (State) |
| TOD | – Transfer On Death | UNIF TRANS MIN ACT— _____ Custodian _____ |
| | | (Cust)   (Minor) |
| | | under Uniform Transfers to Minors Act _____ (State) |

Additional abbreviations may also be used though not in the above list.

For value received, _____ hereby sell, assign and transfer unto

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

| | PLEASE INSERT SOCIAL SECURITY NUMBER OR TAXPAYER IDENTIFICATION NUMBER OF ASSIGNEE |
|---|---|
| Name | |
| Street | |
| City, State and Zip Code | SHARES |

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

| | PLEASE INSERT SOCIAL SECURITY NUMBER OR TAXPAYER IDENTIFICATION NUMBER OF ASSIGNEE |
|---|---|
| Name | |
| Street | |
| City, State and Zip Code | SHARES |

PLEASE PRINT OR TYPE NAME AND ADDRESS OF ASSIGNEE

| | PLEASE INSERT SOCIAL SECURITY NUMBER OR TAXPAYER IDENTIFICATION NUMBER OF ASSIGNEE |
|---|---|
| Name | |
| Street | |
| City, State and Zip Code | SHARES |

of the Common Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____ Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

Dated, _____

NOTICE:
THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

X _____
(SIGNATURE)

X _____
(SIGNATURE)

THE SIGNATURE(S) MUST BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION (BANK, STOCKBROKER, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNION) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17Ad-15.

SIGNATURE(S) GUARANTEED BY:

SIGNATURE GUARANTOR MUST PLACE MEDALLION IN THIS BOX

# Exhibit B

# Dividend Reinvestment Plan Statement

For shareholders of
EXXON CORPORATION

RENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE

Morgan Shareholder Services Trust Company, Agent
P.O. Box 3506, Church Street Station
New York, NY 10008-3506   212 587-6515

SEQ#   239

| Company code | Account number |
|---|---|
| 0234 | 1739-22560 |

**Latest payment**

| Record date | Payment date |
|---|---|
| 11/14/88 | 12/10/88 |

## Current investment information

| Transaction description | Record Date Position | | Rate | Gross dollar amount | If applicable: | | Net dollars invested |
|---|---|---|---|---|---|---|---|
| | Held by you in certificate form | Held by us in your plan account | | | Tax | Service charge | |
| COMMON STOCK | 400 | 241.490 | .55 TOTAL | 352.82 352.82 | 105.85 105.85 FGN | | 246.97 |

## Year-to-date activity

Save this statement for tax purposes

| Date | Transaction description | Transaction amount (in dollars) | Purchase or sales price | If applicable: | | Transaction shares | Balance of shares held by us in your plan account |
|---|---|---|---|---|---|---|---|
| | | | | Full purchase price | Fair market value | | |
| 01/11/88 | BALANCE FORWARD | | | | | | 225.610 |
| 03/10/88 | COMMON DIV PURCHASE | 218.97 | 42.236 | | | 5.184 | 230.794 |
| 06/10/88 | COMMON DIV PURCHASE | 242.86 | 46.206 | | | 5.256 | 236.050 |
| 09/12/88 | COMMON DIV PURCHASE | 244.88 | 45.015 | | | 5.440 | 241.490 |
| 12/12/88 | COMMON DIV PURCHASE | 246.97 | 44.994 | | | 5.489 | 246.979 |

Detach here

## Cash investments, withdrawals, and change of address EXXON CORPORATION

See back of form for instructions. Print numerals in this style.

0 1 2 3 4 5 6 7 8 9

00234 01739-22560 89

RENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE

Taxpayer ID or Social Security No.

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

Enter if above is missing or incorrect

**Partial Withdrawal** Continue dividend reinvestment
Issue a certificate for this
number of shares ____ or ____ Sell this number of shares

**Full Withdrawal** Terminate dividend reinvestment

Issue a certificate for all full shares and check for
fractional shares,

or
Sell all plan shares

**Optional Cash Investment**
Amount enclosed

| Next anticipated investment date | Not more than |
|---|---|
| 01/10/89 | $60,000 PER YEAR |

Signature(s)

All joint owners must sign. Names must be signed
exactly as shown on the front of this statement.

**Address change** Mark box and fill
in other side of form

01

## Dividend Reinvestment Plan Statement
for shareholders of

**EXXON CORPORATION**

597

RENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE



| Latest Payment | |
|---|---|
| Record Date | Payment Date |
| 08/13/84 | 09/10/84 |

| 0234 | 1739-22560 |
|---|---|
| Issue Number | Account Number |

Please include the ISSUE/ACCOUNT NUMBER in all correspondence. Address correspondence to Morgan Guaranty Trust Company of New York, P.O. Box 3506, Church Street Station, New York, N.Y. 10008.

May we suggest that you include your telephone number and area code in your letter. We will provide you with either a written response or a telephone reply to your inquiry.
(SEE REVERSE SIDE FOR ADDITIONAL INSTRUCTIONS)

| | THE FOLLOWING AMOUNTS HAVE BEEN RECEIVED AND APPLIED TO THE PURCHASE OF SHARES. SEE LAST ENTRY BELOW | | | | | |
|---|---|---|---|---|---|---|
| Transaction | Rate | Participating Shares held by you | Held in your plan account | Gross Amount | Service Charge (if any) | Net Amount to be Reinvested |
| OMMON STOCK | .85 | 200 TOTAL TOTAL | 70.576 FOR PURCHASE | 160.99 160.99 160.99 | | 160.99 |

| PLAN TRANSACTIONS THIS YEAR: | | IMPORTANT - YOUR STATEMENT SHOULD BE RETAINED FOR YOUR TAX RECORDS. | | | | |
|---|---|---|---|---|---|---|
| Date | Transaction | Amount invested | Price per share | Fair market value (if applicable) | Transaction shares | Balance held in your plan account |
| 13/10/84 | COMMON DIV PURCHASE | 147.24 | 39.343 | | 3.742 | 66.670 |
| 16/11/84 | COMMON DIV PURCHASE | 158.67 | 40.625 | | 3.906 | 70.576 |
| 19/10/84 | COMMON DIV PURCHASE | 160.99 | 44.499 | | 3.618 | 74.194 |

IF YOU HAVE ANY QUESTIONS REGARDING YOUR PLAN ACCOUNT PLEASE CALL US
AT (212) 587-6515

---

## VOLUNTARY PAYMENT FORM

of **EXXON CORPORATION COMMON STOCK**

To purchase additional shares under the Plan by a voluntary payment, complete this form and mail it with your check to the order of Morgan Guaranty Trust Company of New York, P.O. Box 7446, Church Street Station, New York, N.Y. 10249. Please use the return envelope provided with this statement and enter your issue/account number on the front of the check.
DO NOT USE THIS ENVELOPE FOR CORRESPONDENCE

0234    1739-22560

RENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE

$ _____

023401739225603

10/10/84

**NOTE:** THE DATE SHOWN ABOVE IS THE NEXT ANTICIPATED INVESTMENT DATE. ANY VOLUNTARY PAYMENTS RECEIVED MORE THAN 30 DAYS PRIOR TO THIS DATE WILL BE RETURNED, UNLESS THE PLAN IN WHICH YOU ARE PARTICIPATING PROVIDES FOR MONTHLY INVESTMENTS.

NO INTEREST WILL BE PAID ON FUNDS HELD PENDING INVESTMENT.

If the address or taxpayer number is incorrect or missing you may use this form to advise us.

| Taxpayer ID or Social Security Number |
|---|
| 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 |

PLEASE DETACH BEFORE MAILING

## Dividend Reinvestment Plan Statement
for shareholders of

### EXXON CORPORATION



RENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE

| | Latest Payment | |
|---|---|---|
| | Record Date | Payment Date |
| 592 | 05/14/84 | 06/11/84 |

| 0234 | 1739-22560 |
|---|---|
| Issue Number | Account Number |

Please include the ISSUE/ACCOUNT NUMBER in all correspondence. **Address correspondence to** Morgan Guaranty Trust Company of New York, P.O. Box 3506, Church Street Station, New York, N.Y. 10008.

May we suggest that you include your telephone number and area code in your letter. We will provide you with either a written response or a telephone reply to your inquiry.
(SEE REVERSE SIDE FOR ADDITIONAL INSTRUCTIONS)

THE FOLLOWING AMOUNTS HAVE BEEN RECEIVED AND APPLIED TO THE PURCHASE OF SHARES, SEE LAST ENTRY BELOW

| Transaction | Rate | Participating Shares held by you | Held in your plan account | Gross Amount | Service Charge (if any) | Net Amount to be Reinvested |
|---|---|---|---|---|---|---|
| OMMON STOCK | .85 | 200 | 66.670 | 158.67 | | |
| | | TOTAL | | 158.67 | | |
| | | TOTAL | FOR PURCHASE | 158.67 | | 158.67 |

AN TRANSACTIONS THIS YEAR:    IMPORTANT - YOUR STATEMENT SHOULD BE RETAINED FOR YOUR TAX RECORDS.

| | Transaction | Amount Invested | Price per share | Fair Market Value (if applicable) | Transaction shares | Balance held in your plan account |
|---|---|---|---|---|---|---|
| 3/10/84 | COMMON DIV PURCHASE | 147.24 | 39.343 | | 3.742 | 66.670 |
| 6/11/84 | COMMON DIV PURCHASE | 158.67 | 40.625 | | 3.906 | 70.576 |

## VOLUNTARY PAYMENT FORM

of **EXXON CORPORATION COMMON STOCK**
To purchase additional shares under the Plan by a voluntary payment, complete this form and mail it with your check to the order of Morgan Guaranty Trust Company of New York, P.O. Box 7446, Church Street Station, New York, N.Y. 10249. Please use the return envelope provided with this statement and enter your issue/account number on the front of the check.
DO NOT USE THIS ENVELOPE FOR CORRESPONDENCE

| 0234 | 1739-22560 |
|---|---|

RENE CORREA BORQUEZ
AVENIDA EL BOSQUE 200
SANTIAGO CHILE

$ _____

023401739225603

**PLEASE DETACH BEFORE MAILING**

**NOTE:** THE DATE SHOWN ABOVE IS THE NEXT ANTICIPATED INVESTMENT DATE. ANY VOLUNTARY PAYMENTS RECEIVED MORE THAN 30 DAYS PRIOR TO THIS DATE WILL BE RETURNED, UNLESS THE PLAN IN WHICH YOU ARE PARTICIPATING PROVIDES FOR MONTHLY INVESTMENTS.

NO INTEREST WILL BE PAID ON FUNDS HELD PENDING INVESTMENT.

| 07/10/84 |
|---|

If the address or taxpayer number is incorrect or missing you may use this form to advise us.

| Taxpayer ID or Social Security Number |
|---|
| 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 |

# Exhibit C



**COMMON STOCK**

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE    ●

THIS CERTIFICATE IS TRANSFERABLE
IN JERSEY CITY, NEW JERSEY
AND NEW YORK, NEW YORK

**SEE LEGEND
ON REVERSE**



# Dean Witter, Discover & Co.

SEE REVERSE FOR
CERTAIN DEFINITIONS

**SEE LEGEND
ON REVERSE**

| | |
|---|---|
| THIS IS TO CERTIFY THAT 4000028461 | CUSIP 24240V 10 1 |

RENE CORREA BORQUEZ
EL TAMARUGO 1696 LAS CONDES
SANTIAGO

```
**********21****
***********21****
**********21****
*********21**
**********21**
```

IS THE OWNER OF **TWENTY ONE** SHARES OF THE PAR VALUE OF $.01 PER SHARE OF THE COMMON STOCK OF

*Dean Witter, Discover & Co. transferable on the books of the Corporation by the holder hereof in person, or by duly authorized attorney, upon surrender of this certificate properly endorsed. This certificate is not valid unless countersigned and registered by the Transfer Agent and Registrar.*

*Witness the seal of the Corporation and the signatures of its duly authorized officers.*

*Dated* JANUARY 14, 1997

COUNTERSIGNED AND REGISTERED:
**DEAN WITTER TRUST COMPANY**
(JERSEY CITY, N.J.)

BY

TRANSFER AGENT
AND REGISTRAR

AUTHORIZED OFFICER

SECRETARY

CHAIRMAN OF THE BOARD
AND CHIEF EXECUTIVE OFFICER

360013

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM —as tenants in common
TEN ENT —as tenants by the entireties
JT TEN —as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT— .......... Custodian ..........
     (Cust)     (Minor)
     under Uniform Gifts to Minors
     Act.......... (State)

Additional abbreviations may also be used though not in the above list.

FOR VALUE RECEIVED .................... hereby sell, assign and transfer unto

| Please insert Social Security or Other Identifying Number of Assignee |
|---|

....................................................................

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE)

.................................................................... Shares

of the capital stock represented by the within Certificate and do hereby irrevocably constitute and appoint .................... Attorney

to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

Dated ....................

....................................................................

NOTICE: The signature to this assignment must correspond with the name as written upon the face of the Certificate in every particular, without alteration or enlargement or any change whatever.

This certificate also evidences and entitles the holder hereof to certain Rights as set forth in the Rights Agreement between Dean Witter, Discover & Co. (the "Company") and Chemical Bank (the "Rights Agent") dated as of April 25, 1995 (the "Rights Agreement"), the terms of which are hereby incorporated herein by reference and a copy of which is on file at the principal offices of Dean Witter, Discover & Co. Under certain circumstances, as set forth in the Rights Agreement, such Rights will be evidenced by separate certificates and will no longer be evidenced by this certificate. Dean Witter, Discover & Co. will mail to the holder of this certificate a copy of the Rights Agreement, as in effect on the date of mailing, without charge promptly after receipt of a written request therefor. Under certain circumstances set forth in the Rights Agreement, Rights issued to, or held by, any Person who is, was or becomes an Acquiring Person or any Affiliate or Associate thereof (as such terms are defined in the Rights Agreement), whether currently held by or on behalf of such Person or by any subsequent holder, may become null and void.



STOCK DIV

**COMMON STOCK**

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

THIS CERTIFICATE IS TRANSFERABLE
IN JERSEY CITY, NEW JERSEY
AND NEW YORK, NEW YORK

SEE REVERSE FOR
CERTAIN DEFINITIONS





NOT MORE THAN 100,000 SHARES

NUMBER
P    001215

# Dean Witter, Discover & Co.



THIS IS TO CERTIFY THAT 4000028461                          CUSIP 24240V 10 1

RENE CORREA BORQUEZ            **************21*****
EL TAMARUGO 1496 LAS CONDES    **************21****
SANTIAGO  00000                **************21***
                              **************21**
                              **************21*

IS THE OWNER OF   **TWENTY ONE**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE PAR VALUE OF $.01 PER SHARE OF THE COMMON STOCK OF

*Dean Witter, Discover & Co.*, transferable on the books of the Corporation by the holder hereof in person, or by duly authorized attorney upon surrender of this certificate properly endorsed. This certificate is not valid unless countersigned and registered by the Transfer Agent and Registrar.

Witness the seal of the Corporation and the signatures of its duly authorized officers.

Dated   JUNE 30, 1993

COUNTERSIGNED AND REGISTERED:
**DEAN WITTER TRUST COMPANY**
(JERSEY CITY, N.J.)

TRANSFER AGENT
AND REGISTRAR

BY

038219

AUTHORIZED OFFICER

SECRETARY

CHAIRMAN OF THE BOARD
AND CHIEF EXECUTIVE OFFICER

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM—as tenants in common
TEN ENT—as tenants by the entireties
JT TEN—as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT—............Custodian............
                              (Cust)              (Minor)
                     under Uniform Gifts to Minors
                     Act..............................
                              (State)

Additional abbreviations may also be used though not in the above list.

FOR VALUE RECEIVED,............hereby sell, assign and transfer unto

┌─────────────────────────────────────┐
│                                      │
└─────────────────────────────────────┘
Please insert Social Security or Other
Identifying Number of Assignee

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE)

...........................................................................................

of the capital stock represented by the within Certificate and do hereby irrevocably constitute and appoint

...........................................................................................Attorney

to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

Dated............

NOTICE: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.



COMMON STOCK

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

THIS CERTIFICATE IS TRANSFERABLE
IN JERSEY CITY, NEW JERSEY
AND NEW YORK, NEW YORK

SEE LEGEND
ON REVERSE



NOT MORE
THAN 500,000
SHARES



SEE REVERSE FOR
CERTAIN DEFINITIONS

SEE LEGEND
ON REVERSE

# MORGAN STANLEY DEAN WITTER & CO.

THIS IS TO CERTIFY THAT  400002846I

CUSIP 617446 44 8

RENE CORREA BOSQUEZ
EL TAMARUGO 1496 LAS CONDES
SANTIAGO

IS THE OWNER OF  **FORTY THO**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE PAR VALUE OF $.01 PER SHARE OF THE COMMON STOCK OF

*Morgan Stanley Dean Witter & Co.* transferable on the books of the Corporation by the holder hereof
in person, or by duly authorized attorney, upon surrender of this certificate properly endorsed. This certificate is
not valid unless countersigned and registered by the Transfer Agent and Registrar.
*Witness the seal of the Corporation and the signatures of its duly authorized officers.*

Dated  JANUARY 26, 2000

COUNTERSIGNED AND REGISTERED:
MORGAN STANLEY DEAN WITTER TRUST FSB
(JERSEY CITY, N.J.)
                    TRANSFER AGENT
                    AND REGISTRAR

BY

AUTHORIZED SIGNATURE

SECRETARY

CHAIRMAN OF THE BOARD
AND CHIEF EXECUTIVE OFFICER

339764

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
                           (Cust)                    (Minor)
                    under Uniform Gifts to Minors

                    Act _____
                           (State)

Additional abbreviations may also be used though not in the above list.

FOR VALUE RECEIVED, _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

[ _____ ]

_____

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE)

_____

_____ Shares

of the capital stock represented by the within Certificate and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

Dated _____

NOTICE: The Signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement or any change whatever.

This certificate also evidences and entitles the holder hereof to certain Rights as set forth in the Rights Agreement between Morgan Stanley Dean Witter Discover & Co. (the "Company") and The Chase Manhattan Bank (formerly known as Chemical Bank) (the "Rights Agent") dated as of April 25, 1995, as amended (the "Rights Agreement"), the terms of which are hereby incorporated herein by reference and a copy of which is on file at the principal offices of Morgan Stanley Dean Witter & Co. Under certain circumstances, as set forth in the Rights Agreement, such Rights will be evidenced by separate certificates and will no longer be evidenced by this certificate. Morgan Stanley Dean Witter & Co. will mail to the holder of this certificate a copy of the Rights Agreement, as in effect on the date of mailing, without charge promptly after the receipt of a written request therefor. Under certain circumstances set forth in the Rights Agreement, Rights issued to, or held by, any Person who is, was or becomes an Acquiring Person or any Affiliate or Associate thereof (as such terms are defined in the Rights Agreement), whether currently held by or on behalf of such Person or by any subsequent holder, may become null and void.

# Exhibit D



**AT&T**

Call Toll Free 800-631-3311
Write AT&T, P.O. Box 2018
New Brunswick, N.J. 08903

006010

**Share Owner Dividend Reinvestment
and Stock Purchase Plan**

**Statement of Account**

MR RENE CORREA BORQUEZ
AVENIDA DEL BOSQUE 200
SANTIAGO  CHILE

APRIL,1983

Account No. 028-832-327

Taxpayer ID. SEE REVERSE

Changing your address?
....... CALL US .......

## REINVESTMENT PLAN INFORMATION BEFORE QUARTERLY PURCHASE

| Record Date Reinvestment Share Information | | | | Payment Date Dividend Information | | |
|---|---|---|---|---|---|---|
| Record Date | Shares Held By You | Shares Held By AT&T | Total Shares | Rate $ | Dividends Available $ For Reinvestment | Payment Date |
| 11/30 | 100 | 88493 | 188493 | 135 | 25447 | 01/03 |
| 02/28 | 100 | 91568 | 191568 | 135 | 25862 | 04/01 |

## TRANSACTIONS

| Date | Activity | Dollar Amount $ | Price $ Per Share | Shares | Tax Basis $ Per Share | Taxable Dividend Income $ |
|---|---|---|---|---|---|---|
| | BALANCE OF SHARES HELD BY AT&T AS OF DECEMBER 31,1982.........88493 | | | | | |
| 01/03 | PUR-D | 17515 | 569644 | 3075 | 601875 | 18508 |
| | TAX WITHHELD | 7932 | (TAX RATE =30.00%) | | | 7932 |
| 01/03 | BALANCE...............................91568 | | | | | |
| 04/01 | PUR-D | 17681 | 622131 | 2874 | 645000 | 18537 |
| | TAX WITHHELD | 7981 | (TAX RATE =30.00%) | | | 7981 |
| | NEW BALANCE OF SHARES HELD BY AT&T AFTER QUARTERLY PURCHASE OF APRIL 1,1983...................94442 | | | | | |

ENCLOSED IS THE 1983 PROSPECTUS.

** PLEASE RETAIN THIS STATEMENT FOR FUTURE REFERENCE. **

SEE REVERSE OF STATEMENT

**PUR - D** = Purchase with reinvested dividends at 95% of the Market Price Average.    **PUR - C** = Purchase with optional payments at 100% of the Market Price Average.

# Exhibit E

 **DUPONT®**

**E. I. du Pont de Nemours and Company**
**Dividend Reinvestment Plan**

**IMPORTANT TAX DOCUMENT ENCLOSED**
2185 2002/12/27 119

RENE CORRE BORQUEZ EL
TAMARUGO
1496 LAS CONDES
SANTIAGO
CHILE

Shareholder Services
P.O. Box 2598
Jersey City, NJ 07303-2598
If you have any questions regarding your
account, please call Shareholder Services at
1-888-983-8766.
Internet: **http://www.equiserve.com**

| Issue# | Account# | Stock Symbol |
|---|---|---|
| 2185 | 18620-95872 | DD |

*SAVE THIS STATEMENT FOR TAX PURPOSES*

## Dividend Information

Record Date: Nov 15, 2002 | Payable Date: Dec 14, 2002 | Dividend Option: Full Reinvestment

| Security | RECORD DATE SHARES FOR REINVESTMENT | | | | | Amount Withheld From Gross | | Net Amount Reinvested($) |
|---|---|---|---|---|---|---|---|---|
| | Certificate Shares | Plan Shares | Total Shares | Rate($) | Gross Amount($) | Tax($) | Fee($) | |
| COMMON STOCK | | 6.870 | 6.870 | 0.35000 | 2.40 N* | 0.72 | 0.08 | 1.60 |

*N* = Non-resident Tax withheld from this dividend*

## Plan Account Activity

| ate | Description | Fees and/or Commissions($) | Net Dollar Amount($) | Price per Share($) | Transaction Shares | Total Shares Held |
|---|---|---|---|---|---|---|
| 01/01/2002 | Balance Forward | | | | 6.762 | 6.762 |
| 03/14/2002 | *Common Dividend Purchase | 0.08 | 1.58 | 47.836 | 0.033 | 6.795 |
| 06..  2002 | *Common Dividend Purchase | 0.08 | 1.59 | 43.612 | 0.036 | 6.831 |
| 09/12/2002 | *Common Dividend Purchase | 0.08 | 1.59 | 40.622 | 0.039 | 6.870 |
| 12/16/2002 | *Common Dividend Purchase | 0.08 | 1.60 | 43.820 | 0.037 | 6.907 |

*Indicates transaction is less U.S. Backup Withholding Tax*

## Year-To-Date Investment Summary

| Net Dividends Reinvested($) | Tax Withheld($) | Optional Investments($) | Other Investments($) | Fees and/or Commissions Paid by You($) | Tax Reportable Company-Paid Fees and/or Commissions($) | Total Investments($) |
|---|---|---|---|---|---|---|
| 6.36 | 2.86 | | | 0.32 | | 6.36 |

## Total Holdings and Market Value

(As of the close of business on 12/20/2002)

| Security | Certificate Shares | Plan Shares | Total Shares | Price per Share($) | Market Value($) |
|---|---|---|---|---|---|
| COMMON STOCK | | 6.907 | 6.907 | 42.960 | 296.72 |

**DUPONT®**

## Transaction Form

**Partial Withdrawal** Continue Plan participation
Issue a certificate for
this number of shares

SAN Sell this number of shares

**Full Withdrawal** Terminate Plan participation
Issue a certificate for all full shares and
a check for fractional shares

Sell all Plan shares

**Deposit of Certificates**
Deposit the enclosed
number of shares

**Signature(s) for issuance or sale and/or
change of address.**
All joint owners must sign. Names must be signed exactly
as shown on this statement. (Partner/Officer/Trustee
must sign as Partner/Officer/Trustee.)

Issue#: 2185 Account#: 18620-95872
RENE CORRE BORQUEZ EL
TAMARUGO

**Optional Investment**
Make check payable to:
**Investment Plan Services**
Amount enclosed in U.S.Dollars
Your Optional investment can be a minimum of $20.00 per
investment and a maximum of $5,000.00 per month
Next investment date is January 27, 2003

**Address change or share transfer**
Mark box and complete the appropriate
portion on the reverse side

02185  18620  95872  78

# Exhibit F



State of New Jersey
Department of the Treasury
Unclaimed Property Administration
P. O. Box 214
Trenton, NJ 08625





**Claim ID: 1000623968**

05/09/2023

## A. Claimant Information

| Name (s) if different than above: | Home Phone: |
|---|---|

Current Mailing Address if different than above:

| Email Address: | Date of Birth: |
|---|---|

## B. Property Information

| Owner | Company/Security Name | Property Type | Last Activity Date | Report Year | Property ID | Value |
|---|---|---|---|---|---|---|
| BORQUEZ RENE CORREA EL TAMARUGO 1496 LAS CONDES SANTIAGO 00000 SOLE OWNER | EXXON MOBILE CORP | UNDERLYING SHARES/OUTSTAND CER | 12/31/2001 | 2012 | 18706849 | **$38,915.32** |
| BORQUEZ RENE CORREA EL TAMARUGO 1496 LAS CONDES SANTIAGO 00000 SOLE OWNER | EXXON MOBILE CORP | UNDERLYING SHARES/OUTSTAND CER | 12/31/2001 | 2012 | 18706850 | **$9,728.83** |
| BORQUEZ RENE CORREA EL TAMARUGO 1496 LAS CONDES SANTIAGO 00000 SOLE OWNER | EXXON MOBILE CORP | UNDERLYING SHARES/OUTSTAND CER | 12/31/2001 | 2012 | 18706851 | **$19,457.66** |
| BORQUEZ RENE CORREA EL TAMARUGO 1496 LAS CONDES SANTIAGO 00000 SOLE OWNER | EXXON MOBILE CORP | UNDERLYING SHARES/OUTSTAND CER | 12/31/2001 | 2012 | 18706852 | **$9,728.83** |
| BORQUEZ RENE CORREA EL TAMARUGO 1496 LAS CONDES SANTIAGO 00000 SOLE OWNER | EXXON MOBILE CORP | DIVIDEND REINVESTMENT PLAN | 12/31/2001 | 2012 | 18706853 | **$356,561.62** |
| BORQUEZ RENE CORREA EL TAMARUGO 1496 LAS CONDES SANTIAGO 00000 SOLE OWNER | EXXON MOBILE CORP | CASH FOR FRACTIONAL SHARES | 12/31/2001 | 2012 | 18706854 | **$42.76** |
| | | | | | Total Cash: | **$434,435.02** |

## C. Security Information

Not Applicable

unclaimedproperty.nj.gov

Claim ID: 1000623968

## D. Documentation Required

☐ **Official Identification**

• Please provide a copy of your driver's license or other official government identification such as your passport, military ID or state-issued identification card.

☐ **Proof of SSN**

• Please provide verification of your social security number such as a copy of your Social Security card, correspondence from the Social Security Administration, tax document or paycheck stub (full SSN).

☐ **Probate Documents**

• A Surrogate's Certificate, Letters of Administration or Letters of Testamentary is required and <u>must be dated within one year of the present date</u> OR <u>Next of Kin or Surviving Spouse showing listed property under current date. Please do not send the Will.</u>
   • **RENE CORREA BORQUEZ**

☐ **Death Certificate**

• Please provide a clear photo copy of the death certificate. Do not send the original.
   • **RENE CORREA BORQUEZ**

☐ **Notarized Signature**

• Please obtain valid notarization(s) for ALL signatures.

☐ **Signature**

• Please return a completed and executed claim form.

## E. Affidavit

**UNCLAIMED PROPERTY DECLARATION / RELEASE AND INDEMNIFICATION AGREEMENT:**

☐ By checking this box and signing below, I certify that the following statements herein are true. I have the legal authority to place a claim on the property listed above. To have the legal authority to file a claim on the property listed above, the claimant must be either the Reported Property Owner or possess the legal authority to place a claim on behalf of the Reported Property Owner (Court appointed Power of Attorney, Estate Administrator, Legal Heir, Corporate Officer, etc.). I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

_____        _____
Signature of Claimant                                          Date

_____        _____
2nd Signature of Claimant (Joint Accounts)              Date

Claim ID: 1000623968

## Notary

***BE IT REMEMBERED*** that on this _____ day of _____, 20_____ before me the subscriber, a Notary Public of the State of _____ personally appeared _____ who I am satisfied is (are) the person(s) named in and who executed the foregoing instrument and thereupon he/she/they acknowledged that he/she/they signed, sealed and delivered it his/her/their (or corporation or estate's) act and deed for uses and purposes therein expressed.

Notary Public State of _____
(seal) (stamp) (authority)

## Final Instructions

Please return the completed claim form along with the documentation listed in Section D to our office at your earliest convenience.

- You may upload the claim form and documentation via our website at https://unclaimedfunds.nj.gov/app/claim-doc-upload.

**OR**

- You may mail the documentation to our office at the address listed below:

**New Jersey Dept. of the Treasury
Unclaimed Property Administration
PO Box 214
Trenton, NJ 08625-0214
Attention: Claim Documentation**

If you have any questions, please contact the Claims Support Team at **unclaimedproperty@treas.nj.gov** or **(609) 292-9200.** Thank you.

# Exhibit G




**Claim ID: 1000623968**

## STATE OF NEW JERSEY

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

DEPARTMENT OF THE TREASURY
UNCLAIMED PROPERTY ADMINISTRATION
P. O. BOX 214
TRENTON, NEW JERSEY 08625-0214
Website: www.unclaimedproperty.nj.gov

ELIZABETH MAHER MUOIO
*State Treasurer*

STEVEN HARRIS
*Administrator*

JAIME VIAL ILLANES, PER. REP.                                   11/06/2023
E/O RENE CORREA BORQUEZ
34 ALLSMEER DR
WEST GROVE, PA 19390-8801

The information below is a detailed listing of the property for Claim ID 1000623968 totaling $434,435.02.

---

Owner Name(s)  **BORQUEZ RENE CORREA**

| | | |
|---|---|---|
| Property ID **18706849** | Cash | **$0.00** |
| Property Type **UNDERLYING SHARES/OUTSTAND CER** | Shares | **0.0000** |
| Report Year **2012** | Stock Cash | **$38,915.32** |
| Last Activity Date **12/31/2001** | Safekeeping Cash | **$0.00** |
| Holder **EXXON MOBILE CORP** | Safekeeping Count | **0** |

---

Owner Name(s)  **BORQUEZ RENE CORREA**

| | | |
|---|---|---|
| Property ID **18706850** | Cash | **$0.00** |
| Property Type **UNDERLYING SHARES/OUTSTAND CER** | Shares | **0.0000** |
| Report Year **2012** | Stock Cash | **$9,728.83** |
| Last Activity Date **12/31/2001** | Safekeeping Cash | **$0.00** |
| Holder **EXXON MOBILE CORP** | Safekeeping Count | **0** |

---

Owner Name(s)  **BORQUEZ RENE CORREA**

| | | |
|---|---|---|
| Property ID **18706851** | Cash | **$0.00** |
| Property Type **UNDERLYING SHARES/OUTSTAND CER** | Shares | **0.0000** |
| Report Year **2012** | Stock Cash | **$19,457.66** |
| Last Activity Date **12/31/2001** | Safekeeping Cash | **$0.00** |
| Holder **EXXON MOBILE CORP** | Safekeeping Count | **0** |

| | | | |
|---|---|---|---|
| Owner Name(s) | **BORQUEZ RENE CORREA** | | |
| Property ID | **18706852** | Cash | **$0.00** |
| Property Type | **UNDERLYING SHARES/OUTSTAND CER** | Shares | **0.0000** |
| Report Year | **2012** | Stock Cash | **$9,728.83** |
| Last Activity Date | **12/31/2001** | Safekeeping Cash | **$0.00** |
| Holder | **EXXON MOBILE CORP** | Safekeeping Count | **0** |

| | | | |
|---|---|---|---|
| Owner Name(s) | **BORQUEZ RENE CORREA** | | |
| Property ID | **18706853** | Cash | **$0.00** |
| Property Type | **DIVIDEND REINVESTMENT PLAN** | Shares | **0.0000** |
| Report Year | **2012** | Stock Cash | **$356,561.62** |
| Last Activity Date | **12/31/2001** | Safekeeping Cash | **$0.00** |
| Holder | **EXXON MOBILE CORP** | Safekeeping Count | **0** |

| | | | |
|---|---|---|---|
| Owner Name(s) | **BORQUEZ RENE CORREA** | | |
| Property ID | **18706854** | Cash | **$42.76** |
| Property Type | **CASH FOR FRACTIONAL SHARES** | Shares | **0.0000** |
| Report Year | **2012** | Stock Cash | **$0.00** |
| Last Activity Date | **12/31/2001** | Safekeeping Cash | **$0.00** |
| Holder | **EXXON MOBILE CORP** | Safekeeping Count | **0** |

# Exhibit H

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221

**REMITTANCE ADVICE**

| ORGANIZATION NAME | CONTACT INFORMATION | DOCUMENT NUMBER | AMOUNT |
|---|---|---|---|
| PAYMENT FOR | | ACCOUNT NUMBER | |
| UNCLAIMED PROPERTY ADMIN CLAIM NO 1000623968 | 609-292-9200 | 2040EB65821 2040-708-082-2040-003-UUUU-5810 | 48705484 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    TOTAL    48705484

CHECK NUMBER 0T0002241328    DATE 11/08/23    PAYEE JAIME VIAL ILLANES, PER. REP.

OMB22B (Rev 5/17/2023)    DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND AND MULTIPLE SECURITY FEATURES.

Department Of The Treasury
**STATE OF NEW JERSEY**
Trenton, New Jersey 08625-0221
**UNCLAIMED PERSONAL PROP TR FD**

11-24
1210    T    CHECK NUMBER    0002241328

DATE NOVEMBER   08, 2023
VOID 180 Days After This Date

**PAY** *Four Hundred Eighty Seven Thousand Fifty Four and 84/100 Dollars*

$ ********487,054.84

PAY TO THE ORDER OF:    JAIME VIAL ILLANES, PER. REP.
E/O RENE CORREA BORQUEZ
34 ALLSMEER DR
WEST GROVE, PA 193908801

Audited, Allowed and Payment Warranted

WELLS FARGO BANK, N.A.
2000032338722

*Acting Director*
*Payment Directed*

*State Treasurer*

⑈000224132⑈  ⑆121000248⑆  20000 32338722⑈

# Exhibit I

**De:** claim@missingmoney.com
**Fecha:** 15 de diciembre de 2016, 9:08:48 a. m. CLST
**Para:** JAIMEVIALILLANES@gmail.com
**Asunto: MissingMoney.com claim inquiry - NJ 12026534**

**MissingMoney.com claim inquiry - NJ 12026534**

Nothing further is needed from you at this time. Please allow up to 12 weeks for processing. If additional information or verification documentation is needed, you will be contacted by the State. You can check the status of your claim, after 24 - 48 hours, by clicking here ----> the State of New Jersey Unclaimed Property website

Property 1:
Owner Last Name: CORREA
Owner First Name: RENE
Owner Property ID: 12026534

Claim Id: 800411975
Claimant Name: JAIME C VIAL
Claimant Address: BILBAO 7628 LAS CONDES
Claimant City: SANTIAGO
Claimant State:
Claimant ZIP:
Claimant Country: CHILE
Claimant Email: JAIMEVIALILLANES@GMAIL.COM

Owner Relation: Deceased

Thank You,
The MissingMoney.com Team.

**Please do not reply to this email address as it is only used to send claim inquiry notifications out, and is not checked for incoming emails.**

*New Jersey*
***Contact Information:*** State of New Jersey
Unclaimed Property Administration
P.O. Box 214
Trenton, NJ 08625-0214
Phone: (609) 292-9200
unclaimedproperty@treas.nj.gov
http://www.unclaimedproperty.nj.gov/

**De:** claim@missingmoney.com
**Fecha:** 15 de diciembre de 2016, 9:10:33 a. m. CLST
**Para:** JAIMEVIALILLANES@gmail.com
**Asunto: MissingMoney.com claim inquiry - NJ 3702937**

Nothing further is needed from you at this time. Please allow up to 12 weeks for processing. If additional information or verification documentation is needed, you will be contacted by the State. You can check the status of your claim, after 24 - 48 hours, by clicking here ----> the State of New Jersey Unclaimed Property website

Property 1:
Owner Last Name: CORREA
Owner First Name:
Owner Property ID: 3702937

Claim Id: 800411976
Claimant Name: JAIME C VIAL
Claimant Address: BILBAO 7628 LAS CONDES
Claimant City: SANTIAGO
Claimant State:
Claimant ZIP:
Claimant Country: CHILE
Claimant Email: JAIMEVIALILLANES@GMAIL.COM

Owner Relation: Deceased

Thank You,
The MissingMoney.com Team.

**Please do not reply to this email address as it is only used to send claim inquiry notifications out, and is not checked for incoming emails.**


*New Jersey*
***Contact Information:*** State of New Jersey
Unclaimed Property Administration
P.O. Box 214
Trenton, NJ 08625-0214
Phone: (609) 292-9200
unclaimedproperty@treas.nj.gov
http://www.unclaimedproperty.nj.gov/