# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: MARCH 4, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:  **CIVIL NO. 24-CV-11301 (RK) (JBD)**

ESTATE OF RENE CORREA BORQUEZ

v.

ELIZABETH MAHER MUOIO ET AL

**APPEARANCES**:

Kevin Roddy, Esq., Jonathan Massey, Esq., William Palmer, Esq., Bret Vallacher, Esq. and Kseniyu Lezhnev, Esq., counsel for Plaintiff

Valerie Hamilton, DAG, counsel for Defendants Elizabeth Muoio and Steven Harris

Elizabeth Carbone, Esq. and John Stephan, Esq., counsel for Defendant Kelmar Associates, LLC

**NATURE OF PROCEEDINGS**:

Telephone conference held.

Order to follow.

**Time Commenced:** 2:05 p.m.
**Time Adjourned**: 2:23 p.m.
**Total Time**: 18 minutes

s/ *Patricia Markey*
DEPUTY CLERK