**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JAIME VIAL, individually and as representative of the heirs of Rene Correa Borquez, and on behalf of other persons similarly situated,

Plaintiff,

v.

ELIZABETH MAHER MUOIO, in her official capacity as TREASURER OF THE STATE OF NEW JERSEY; and STEVEN HARRIS, in his official capacity as ADMINISTRATOR OF THE STATE OF NEW JERSEY UNCLAIMED PROPERTY ADMINISTRATION.

Defendants.

Case No.: 3:24-cv-11301

# ORDER ENTERING FINAL JUDGMENT

THIS MATTER came before the Court upon Plaintiff's Notice of Intention to Stand on the Amended Complaint and Request for Entry of Final Judgment. Upon consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Plaintiff has elected to stand on the Amended Complaint as dismissed without prejudice by the Court's Order dated January 12, 2026 (ECF No. 55); and

2. The action is DISMISSED WITH PREJUDICE; and

3. The Clerk is directed to ENTER FINAL JUDGMENT and CLOSE the case.

SIGNED: February 9, 2026

Robert Kirsch
United States District Judge